Case 7:19-cv-05031-KMK-PED   Document 13   Filed 05/08/20   Page 1 of 2

# MEMO ENDORSED



**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Meagan Kelly
77 Water Street, Suite 2100
New York, New York 10005
Meagan.Kelly@lewisbrisbois.com
Direct: 212.845.9006

May 8, 2020

File No. 36630.161

ECF
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Egberto Velez v. Home Depot U.S.A., Inc.
             USDC/SDNY Docket No.: 19-CV-05031

Dear Judge Karas:

    We represent Home Depot U.S.A., Inc. in the above referenced matter. As you know, the parties participated in an Initial Conference on April 17, 2020 before Your Honor. During the conference, Home Depot requested to include an additional deadline to complete all expert discovery beyond the two dates listed in 7(a) and (b), which was inadvertently omitted from the so-ordered case management and scheduling order.

    In an effort to further clarify the schedule for expert discovery discussed during the conference, please accept the following application to amend the proposed scheduling order that was so-ordered by Your Honor, made on consent of Plaintiff's counsel. We have only added one date, November 20, 2020, as the deadline for all expert discovery and used the existing expert deadlines, as disclosure dates.

1. Deadline for Plaintiff to disclose expert reports: October 6, 2020
2. Deadline for Defendant to disclose expert reports: November 3, 2020
3. **Deadline to complete expert discovery including expert depositions: November 20, 2020**

    This additional deadline does not interfere with the pre-motion conference deadline or case management conference.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA • OHIO
OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA • WILMINGTON

4811-7705-5164.1

May 8, 2020
Page 2

We thank Your Honor for your consideration to this matter.

Respectfully submitted,

*Meagan Kelly*

Meagan Kelly for
LEWIS BRISBOIS BISGAARD & SMITH LLP

MK:dfd

cc: via ECF
Mallilo & Grossman

Granted.

So Ordered.

5/8/20